UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

CLIFFORD M. ROBINSON, JR.      *           CIVIL ACTION
AND JULIE D. ROBINSON

VERSUS                         *           NO: 08-98

1ST PALM FINANCIAL SERVICES,   *           SECTION: "D"(1)
ET AL

## ORDER AND REASONS

Before the court is the **"Motion for Summary Judgment"** filed by Defendant, ZC Sterling Insurance Agency, Inc. ***No memorandum in opposition was filed.*** The motion, set for hearing on Wednesday, July 30, 2008, is before the court on Defendant's brief, without oral argument.

Now, having considered the memorandum (and supporting summary judgment evidence) of Defendant's counsel, the record, and the applicable law, the court that Defendant, ZC Sterling Insurance Agency, Inc., is not an insurer and had no contractual relationship with Plaintiffs.  Thus, there is no genuine issue of material fact and  Defendant, ZC Sterling Insurance Agency, Inc., is entitled to judgment as a matter of law.

Accordingly;

**IT IS ORDERED** that the **"Motion for Summary Judgment"** filed by Defendant, ZC Sterling Insurance Agency, Inc., be and is hereby **GRANTED**, dismissing Plaintiff's claims against Defendant, ZC Sterling Insurance Agency, Inc.

New Orleans, Louisiana, this **30th** day of **July**, **2008**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2